·THE STATE v. BRITTON, *Appellant.*

**Venue.** Judgment reversed for want of proof of venue.

*Appeal from Newton Circuit Court.*—HON. JOSEPH CRAVENS, Judge.

REVERSED.

*A. J. Harbison* for appellant.

*D. H. McIntyre,* Attorney General, for the State.

HOUGH, C. J.—It is conceded by the Attorney General that the testimony, as preserved in the bill of exceptions in this case, fails to prove the venue as laid in the indictment. This omission is of course fatal, and without examining any other question presented by the record, (the appellant having failed to file a brief,) we reverse the judgment and remand the cause. All the judges concur.